LITTLER MENDELSON, P.C.
Andrew P. Marks (510142)
885 Third Avenue, 16th Floor
New York, New York 10022.4834
Tel: 212.583.9600
Fax: 212.832.2719
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DELAWARE NORTH COMPANIES TRAVEL
HOSPITALITY SERVICES, INC. fka CA ONE
SERVICES, INC.
Hancock International Airport
North Syracuse, NY 13212,

          Plaintiff,

-against-

UNITE HERE!
275 7th Avenue
New York, NY 10001-6708,

          Defendant.

Civil Action No. 5:07-CV-00626
DNH/DEP

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
DEC 06 2007
LAWRENCE K. BAERMAN, Clerk
UTICA

## STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their undersigned counsel, and hereby stipulate pursuant to F.R.C.P. 41(a)(1)(ii) that the within case is hereby dismissed with prejudice, as to both the Plaintiff's claims and the Defendant's counterclaims, the parties to bear their own costs.

Date:   December 4, 2007

Respectfully submitted,

BLITMAN, KING LAW FIRM

By: Stephanie A. Miner
443 North Franklin Street, Suite 300
Syracuse, NY 13204-1415
saminer@bklawyers.com

/s/ Stephanie A. Miner

Attorney for Plaintiff

LITTLER MENDELSON
A Professional Corporation

By: Andrew P. Marks (510142)
885 Third Avenue, 16th Floor
New York, New York 10022.4834
amarks@littler.com

/s/ Barry Y. Freeman
Martin S. List (OH 0025462)
Barry Y. Freeman (OH 0062040)
1100 Superior Avenue, 20th Fl.
Cleveland, Ohio 44114
bfreeman@littler.com
mlist@littler.com

Attorneys for Defendants

So Ordered:

DAVID N. HURD
United States District Judge

Dated: 12-6-07
Utica, New York